UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOANS ON FINE ART LLC, | |
| Petitioner, | 23 Civ. 04143 (JHR) |
| -v.- | ORDER |
| IAN S. PECK, et al., | |
| Respondents. | |

JENNIFER H. REARDEN, District Judge:

On May 18, 2023, Petitioner filed a petition to confirm an arbitration award. (ECF No.

1.) Proceedings to confirm an arbitration award must be "treated as akin to a motion for

summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).

Accordingly, it is hereby ORDERED that Petitioner file and serve any additional materials with

which it intends to support its petition to confirm by **June 9, 2023**. Respondents' opposition, if

any, is due **June 23, 2023**. Petitioner's reply, if any, is due **June 30, 2023**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon

Respondents electronically and by overnight delivery no later than **June 9, 2023**, and shall file

an affidavit of such service with the Court no later than **June 12, 2023**.

SO ORDERED.

Dated: May 26, 2023
New York, New York

JENNIFER H. REARDEN
United States District Judge