UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOANS ON FINE ART LLC,

                      Plaintiff,   **ORDER**

      -against-   **23-cv-4143 (JHR) (JW)**

IAN S. PECK, *et al.*,

                      Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A conference in this matter is scheduled for **November 15, 2023 at 1:00pm** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. The Parties should come prepared to discuss the open motions in this action, and in the related action (Case No: 1:23-cv-5717), that have been referred to this Court. The Court notes that the same counsel represents Parties on either side of the related cases.

      SO ORDERED.

DATED:    New York, New York
               November 2, 2023

                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge