UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LOANS ON FINE ART LLC,

                Plaintiff,                    **ORDER**

      -against-                    **23-cv-4143 (JHR) (JW)**

IAN S. PECK, *et al.*,

                Defendant.
-------------------------------------------------------------------X

IAN S. PECK, *et al.*,

                Plaintiff,               **23-cv-5717 (JHR) (JW)**

      -against-

GARY GREENBERG, *et al.*,

                Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 15, 2023, the Parties were heard in a conference. Loan on Fine Art LLC filed a motion to consolidate the above captioned matters pursuant to Fed. R. Civ. P. 42(a). Dkt. No. 16. Ian Peck *et al.* (the "Peck Parties") filed a motion for conference related to the two actions. Dkt. No. 18. During the conference, the Peck Parties consented to consolidation, and the Court found that the cases involve the same arbitration award such that there are common issues of law and fact. Therefore, the Motion to Consolidate at Dkt. No. 16 is GRANTED. It is hereby ORDERED that these cases be CONSOLIDATED for all purposes into the first-filed case, which is No. 1:23-cv-4143. Future filings shall bear both captions (as shown above), but shall only

display the consolidated docket number: 1:23-cv-4143. Future filings shall be docketed only in No. 1:23-cv-4143. The docket in No. 1:23-cv-5717 will be marked closed. **For the reasons set forth above, the Clerk of the Court is respectfully directed to CONSOLIDATE these actions and mark No. 1:23-cv-5717 as CLOSED.**

The Peck Parties filed a letter motion to stay or enjoin an action brought in state court. Dkt. No. 20. During the conference, the Peck Parties stipulated that the state court judge effectively stayed the action pending a final award/judgment. The motion at Dkt. No. 20 is DENIED as moot.

Loan on Fine Art LLC and the Greenberg Parties filed a request for an order to show cause related to the attaching of a certain property owned by Ian S. Peck. Dkt. No. 24. In response, the Peck Parties asked that the Court not sign the proposed order to show cause until after the motion to vacate has been decided. Dkt. No. 28. The order to show cause at Dkt. No. 24 is GRANTED. Peck Parties are directed to file a response on the issue of attachment by **November 22, 2023**. Loan on Fine Art LLC and the Greenberg Parties may respond by **December 1, 2023**.

**The Clerk of the Court is respectfully requested to close the motions at Dkt. Nos. 16, 18, 20, 24.** The Parties are directed to order a copy of the transcript from the conference and provide a copy to the Court via email.

SO ORDERED.

DATED:    New York, New York
         November 16, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge