SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------------X
WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS
TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION
TRUST,                                                                                               Index No.: 850022/2020

                                 Plaintiff,                    **NOTICE OF MOTION
                                                                                                     FOR SUMMARY
                - against -                                                            JUDGMENT**

IAN PECK; SIGIFREDO LAVERDE; HILTON HEADS
HOLDING BV; WORKERS' COMPENSATION BOARD
OF NEW YORK STATE; PETER TOKAR; BOARD OF
MANAGERS OF THE 5 EAST 17TH STREET
CONDOMINIUM; "JOHN DOE #1" through "JOHN DOE
#10" inclusive, the names of the ten last name Defendants
being fictitious, real names unknown to the Plaintiff, the
parties intended being persons or corporations having an
interest in, or tenants or persons in possession of, portions
of the mortgaged premises described in the Complaint,

                                 Defendants.
-----------------------------------------------------------------------------X

| | |
|---|---|
| MOTION MADE BY: | **KNUCKLES, KOMOSINSKI & MANFRO, LLP**<br>*Attorneys for Plaintiff*<br>565 Taxter Road, Suite 590<br>Elmsford, New York 10523 |
| RETURN DATE AND TIME: | January 3, 2023 at 9:30 a.m. in New York County Supreme Court located at 60 Centre Street, Room 130, New York, NY 10007; |
| SUPPORTING PAPERS: | a) Affirmation in Support and Memorandum of Law of Manik J. Saini, Esq. dated December 1, 2022 and attached exhibits;<br><br>b) Affidavit in Support of Summary Judgment of Korey McGovern, sworn to October 3, 2022 and attached exhibits;<br><br>c) Affidavit of Mailing of Darla Martin, sworn to October 31, 2022 and attached exhibits;<br><br>d) Affidavit of Non-Military Service of Yolanda Plata dated December 1, 2022; |

|  |  |
|---|---|
|  | e) Statement of Material Facts dated December 1, 2022. |
|  | f) Proposed Order. |
| **RELIEF REQUESTED:** | An Order granting the following relief: |
|  | a) Pursuant to RPAPL § 1321 and CPLR § 3212 granting summary judgment in favor of Plaintiff; |
|  | b) A default judgment against all the non-appearing defendants; |
|  | c) Appointing a Referee and directing him/her to compute the amount due to Plaintiff; and |
|  | d) Amending the caption; and |
|  | e) Such other and further relief as this Court deems just and proper |

**PLEASE TAKE NOTICE**, that pursuant to CPLR § 2214(b), answering papers, if any, are required to be served upon the undersigned at least seven (7) days before the return date of this motion.

Dated: Elmsford, New York
December 1, 2022

Respectfully submitted,

**KNUCKLES, KOMOSINSKI & MANFRO, LLP**

_____
Manik J. Saini, Esq.
*Attorneys for Plaintiff*
565 Taxter Road, Suite 590
Elmsford, New York 10523
(914) 345-3020 Ext. 378

TO:

Jack L. Lester, Esq. **(VIA NYSCEF)**
*Attorneys for Defendant Ian Peck*
41 Squaw Road
East Hampton, New York 11937

Sigifredo Laverde
335 East 88th Street #2B
New York, New York 10128

Hilton Heads Holding Bv
c/o Mark J. Lawless, Esq.
420 Lexington Avenue, Suite 1402
New York, New York 10170

Edward Louis Cappellano, Esq. **(VIA NYSCEF)**
*Attorney for Workers' Compensation Board of New York State*
328 State Street
Schenectady, New York 12305

Peter Tokar
3718 Sound Avenue
Riverhead, New York 11901

Karen E. McArthur, Esq. **(VIA NYSCEF)**
Kaufman Friedman Plotnicki & Grun, LLP
*Attorneys for Board of Managers of the 5 East 17th Street Condominium*
300 East 42nd Street, 10th Fl.
New York, New York 10017