||||| |||||||| | ||| |||| |||| | ||||| | ||||| | |||| || | |||||| ||||

## SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

WILMINGTON SAVINGS FUND

- vs -

PECK, IAN

Index No. _____850022/2020_____

Appearance No. _____003_____

IAS Part _____32_____

### STATUS CONFERENCE
### ORDER

On _____November 15_____, 20 _23_ a conference was held in this case. The parties appeared as follows:

Plaintiff(s) __WILMINGTON__ by __A. DEGAN__

_____ by _____

_____ by _____

Defendant(s) __PECK__ by __E. KOBRE.__

__BOMUNS__ by __S. KAUFMAN__

_____ by _____

The Court has considered the status of this case [and determined that the Court's order of _____, 20___ has not been complied with in that] PROPOSED REPORT + OATH SENT TO R'EE. A REQUESTED EXTENSION TO 12/5 WHICH R'EE GRANTED.

Accordingly, it is ORDERED that _____

SC: 3/6/2024 @ 10AM VIA MS TEAMS

IF MOTION FOR JFS IS FILED CONF MAY BE CANCELLED.

Case 1:23-cv-04143-JHR-JW    Document 55-6    Filed 02/21/24    Page 2 of 2

STATUS CONFERENCE ORDER

Index No. _850022/2020_  Case _WILMINGTON SAVINGS FUND vs. PECK, IAN_

**Absent good cause shown, any discovery issues not raised herein will be deemed waived.
All dispositive motions must be filed within ____ days of the note of issue.**

**Failure to comply with these directives may result in the imposition of costs or sanctions
including dismissal or default judgment.  Dates set forth may not be extended or adjourned
except with advance approval of the Court.**

SC: _3/6/2024 @ 10 AM_

NOI: _____

SO ORDERED:

_____, J.S.C.
HON. FRANCIS A. KAHN, III

Dated: _11/15/2023_.

HON. FRANCIS A. KAHN III
J.S.C.

Page 2 of 2