# Knuckles Komosinski & Manfro LLP

565 Taxter Road, Suite 590 | Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Jordan J. Manfro
John E. Brigandi

*Of Counsel
Richard F. Komosinski

Reinstatement/Payoff
(914) 345-3020
Reinstatement-
payoff@kkmllp.com

September 18, 2023

Via Email: ekobre@ssrga.com

Re:        IAN PECK
Premises:  5E 17TH STREET #5, NEW YORK, NY 10003
Loan No.:  0007137094
Index No.: 850022/2020

    Pursuant to your recent request, please be advised that we are prepared to discontinue the foreclosure action and cancel the Lis Pendens and our client shall issue the appropriate satisfaction of mortgage upon receipt of bank or certified checks in the amount of $3,744,240.60 computed as follows.

| | |
|---|---|
| Principal Balance: | $ 2,781,491.71 |
| Delinquent Interest: | $ 618,818.46 |
| Escrow/Impound Advance Balance: | $ 318,849.02 |
| Corporate Advance Balance: | $ 22,645.37 |
| Late Fees: | $ 2,389.04 |
| Recording Fee: | $ 47.00 |
| Total: | $ 3,744,240.60 |

**\* Additional fees may accrue. In addition, these amounts do not include lender advances, legal work that may be performed or court costs that may be advanced from the date of this letter through October 13, 2023. Please call to verify payoff figures at least 24 hours prior to remitting funds.**

    Please forward the undersigned a certified or bank check in the amount of $3,744,240.60 made payable to the order of Selene Finance, LP.

    **\* <u>Funds will not be accepted without providing the following borrower information</u>:**
        Address
        Home phone number
        Work phone number

New Jersey Office: 600 East Crescent Avenue | Suite 201 | Upper Saddle River, NJ 07458 | Tel (201) 391-0370 | eFax (201) 781-6744

Knuckles Komosinski & Manfro LLP     565 Taxter Road, Suite 590| Elmsford, New York 10523     Page 2 of 3
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

Please note that this letter is sent to you without prejudice to any foreclosure proceedings, nor shall the same constitute or be deemed a waiver of any of our client's rights nor affect the fact that the loan has been accelerated and the principal balance now due. Further, this letter may not be used in any court for any purpose whatsoever, and is sent to you for information purposes only, and <u>all figures are subject to final approval by our client at the time of remittance.</u> If additional advances have been made, or additional fees/costs incurred, then until such funds are remitted, no satisfaction shall issue.

Very truly yours,

Knuckles Komosinski & Manfro, LLP

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION. RATHER, IT IS A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.