UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOANS ON FINE ART LLC,<br><br>        Petitioner,<br><br>-v.-<br><br>IAN S. PECK, ACG ARRANGEMENT SERVICES LLC, ACG CAPITAL COMPANY, LLC, MODERN ART SERVICES, LLC, PATRIOT CREDIT COMPANY LLC, and PEGASUS CREDIT COMPANY LLC,<br><br>        Respondents.<br><br>IAN S. PECK, ACG ARRANGEMENT SERVICES LLC, ACG CAPITAL COMPANY, LLC, MODERN ART SERVICES, LLC, PATRIOT CREDIT COMPANY LLC, and PEGASUS CREDIT COMPANY LLC,<br><br>        Counter-Petitioners,<br><br>-v.-<br><br>GARY GREENBERG, ART FUND III LLC, COLORADO ART HOLDINGS LLC, GB FUND LLC, LOANS ON FINE ART LLC, and LOTUS INVESTMENT CORP.,<br><br>        Counter-Respondents. | ORDER<br><br>23 Civ. 04143 (JHR) (JW) |

JENNIFER H. REARDEN, District Judge:

   Before the Court is the Report and Recommendation of Judge Willis (ECF No. 47), recommending that the Court deny the motion to vacate the arbitration award filed by Respondents/Counter-Petitioners Ian S. Peck, ACG Arrangement Services LLC, ACG Capital Company LLC, Modern Art Services, LLC, and Pegasus Credit Company LLC (ECF No. 8); grant the underlying application to confirm the arbitration award filed by Petitioner Loans on Fine Art LLC (ECF No. 6); and issue an order of attachment.  For reasons that will follow, the Report and Recommendation is adopted in its entirety.

   SO ORDERED.

Dated: March 31, 2024
   New York, New York

                                _____
                                JENNIFER H. REARDEN
                                United States District Judge