3/28/22, 3:05 PM   Portrait of a man (Ottaviano de' Medici?) wearing a large hat, with a box of wax seals resting on a ledge before him | Master Painti…

Case 1:23-cv-05717-JHR-JW   Document 59-16   Filed 02/21/24   Page 1 of 2

# Master Paintings & Sculpture Part I

New York | 27 Jan 2022 | 10:00 AM EST



20

# Andrea del Sarto

Portrait of a man (Ottaviano de' Medici?) wearing a large hat, with a box of wax seals resting on a ledge before him

Estimate: 2,000,000 - 3,000,000 USD

Lot sold: 2,198,000 USD

3/28/22, 3:05 PM Portrait of a man (Ottaviano de' Medici?) wearing a large hat, with a box of wax seals resting on a ledge before him | Master Painti…

Case 1:23-cv-05717-JHR-JW   Document 59-16   Filed 02/21/24   Page 2 of 2

## DESCRIPTION

Andrea del Sarto
*Portrait of a man (Ottaviano de' Medici?) wearing a large hat, with a box of wax seals resting on a ledge before him*

oil on canvas
canvas: 31 7/8 by 25 3/8 in.; 81 by 64 cm.
framed: 38 3/4 by 31 1/2 in.; 98.4 by 80 cm.

----------------------------

安德烈・德・薩托
《頭戴大帽的男子肖像（奧塔維亞諾・德・美第奇?），身前臺上放著一盒火漆印》

油彩畫布
畫布：31 7/8 x 25 3/8 英寸；81 x 64 公分
連框：38 3/4 x 31 1/2 英寸；98.4 x 80 公分

## SALEROOM NOTICE

Please note that there is an Irrevocable Bid on this lot.

## PROVENANCE

Private collection, Naples;
Brought by the family of the above to New York when they emigrated, 1908;
Thence by descent.

## CONDITION REPORT

To request a condition report, please contact Alison MacQueen (**Alison.MacQueen@Sothebys.com**)

**To see our full Digital Catalogue, including videos and slideshows, please visit our website.**

https://www.sothebys.comhttps://www.sothebys.com/buy/auction/2022/master-paintings-sculpture-part-i/portrait-of-a-man-wearing-a-large-hat-with-a-box

