

# ROBERT SIMON FINE ART

Rebuttal Expert Report of Robert B. Simon, in the matter of *Greenberg, Gary, et al. vs. Peck, Ian S., et al.*, JAMS Reference #: 1425034873.

I have been furnished with an appraisal report dated November 5, 2021, authored by Dr. Timothy Hunter of Winston Fine Art and have been asked to review and comment on it by the counsel for Art Capital Group, LLC.

I am an art dealer and art appraiser specializing in Old Master paintings, with a scholarly focus on Florentine painting of the sixteenth century, specifically the period in which Andrea del Sarto painted. My credentials, experience, publications, and lectures are listed in the attached c.v. Of particular relevance is my over forty years of experience in appraisal practice; my involvement with the Appraisers Association of America, of which I served in various capacities, including President; my consultancy work for dealers, collectors, and institutions in the Old Master field; and my over twenty-five years heading my own dealership, Robert Simon Fine Art, Inc.

I have personally examined the painting that is the subject of this dispute on two occasions, having been engaged by Gary Greenberg of Loans on Fine Art LLC and Ian Peck of Art Capital Group, LLC to do so. Both visits were at the residence of the current owner, (the "Owner") where the painting was located.

During the first visit, I viewed the painting, but in the limited light available in the Owner's home. The Owner verbally presented a history of the painting and a discussion of its conservation history. I found aspects of the Owner's recitation, particularly as it related to the conservation history of the painting to be confusing and obfuscatory, and both as it dealt with some technical terminology relating to painting conservation practice and that the issues required a specialist's opinion. Accordingly, I engaged Dianne Modestini, who is a distinguished painting conservator familiar with the treatment of important Italian Old Master paintings, to examine the painting.

On the second visit, the Owner presented us with a color transparency which the Owner identified as a "cleaned state" or "stripped state" image of the painting –that is an image of the painting showing only its original paint and without any later inpainting. After this visit Ms. Modestini and I discussed our impressions of the painting and the technical documentation that the Owner presented. Ms. Modestini confirmed my concerns about the lack of transparency in the presentation of the material by the Owner, and our suspicions that what was presented as a "cleaned state" image may well have been one which showed the painting after a considerable amount of inpainting had already been undertaken. Our impression was that the evidence presented was at best confusing, at worst deceptive, and

we agreed that the best way to resolve our concerns and to understand the actual condition and degree of restoration of the painting was to have it examined in a painting conservation laboratory. I felt that it was only after such a professional examination that I could render an opinion of the value and marketability of the subject painting.

In the course of my engagement, I informed Mr. Peck and Mr. Greenberg of the foregoing facts. I told Mr. Peck and Mr. Greenberg, the value of the painting could be anywhere between six figures –that is, under one million dollars—and into seven figure –that is, several million dollars. However, a true valuation would have to await a proper inspection of the painting in a conservation laboratory.

Turning to the Appraisal submitted by Dr. Hunter, my comments are as follows:


**Condition of the Painting**

The appraisal is in form and structure exemplary, conforming to the Uniform Standards of Professional Appraisal Practice (USPAP). However, its utility in the determination of its stated goal –to determine the Fair Market Value of the subject property for litigation purposes—is severely compromised by the fact that the appraiser has not personally examined the painting in question, not performed a critical evaluation of the supporting material presented, nor engaged a trained conservator to evaluate the condition of the painting.

It is, in my opinion, impossible to render an accurate opinion of the Fair Market Value of the subject painting without an informed understanding of the painting's condition. Dr. Hunter has based his valuation on the assumption that the subject painting is in good, or age-appropriate, or unproblematic condition (in part supported by an uncritical, unsigned, and undated condition report provided to him (p. 23). He notes this several times, as follows:

On page 3 of the report, Dr. Hunter writes, "the appraiser has not made a personal inspection of the property that is the subject of this report."

On page 5 under "Assignment Considerations," Dr. Hunter writes:

"The specialist was unable to inspect the property in person; he therefore appraised solely from images and descriptions provided by the client. The limited documentation and information relating to the property and other cataloguing that was provided by the client is included in
Appendix A:"

Again, on page 7, under "Method of Examination" Dr. Hunter iterates:

"The appraiser was unable to examine the property in person; he therefore relied on the images and description provided by the client to confirm physical characteristics."

On Page 6 under "Extraordinary Assumptions" Dr. Hunter states [my emphases in bold]:

"An extraordinary assumption is defined as an assumption, directly related to a specific assignment, as of the effective date of the assignment results, which, if found to be false, could alter the appraiser's opinions or conclusions. For the purposes of this assignment at the instruction of the client, the appraiser has made the extraordinary assumptions that there is no dispute with respect to title, that the work is authentic, that the work has the provenance as described by the fact sheet, that **the work has good condition** that the work has not been offered on the market previously (ie fresh to the market), that the sitter's identity is properly identified, that there are no literature or exhibition citations except as indicated in the materials provided by the client, that the work was apparently unknown to the market prior to the Freedberg examination and letter, and the appraisal is made assuming those facts on which we make no opinion. Any later disclosed, or newly discovered information or unknown information/provenance may change the value of the items. **The appraiser did not inspect the property in person, he thus relied solely on images and descriptions provided by the client and assumed this information to be accurate**."

The extraordinary assumption that "the work has good condition" without any exploration of what "good condition" is in the present case is crucial here. As stated above, even upon personal examination in the presence of a respected and authoritative painting conservator, no determination could be made of the actual condition of the subject painting.

Further on page 11, Dr. Hunter repeats the caveat regarding condition:

"Assuming that the subject work is in generally good condition for a work of this age and rarity…"

## Authorship / Attribution

While the most crucial criterion that compromises Dr. Hunter's appraisal is that of condition, it should not be overlooked that other aspects are deficient.

Regarding the authenticity of the painting, Dr. Hunter relies solely on the letter supporting the attribution by Dr. Sidney Freedberg, a distinguished scholar in the field and author of one of the standard monographs on Andrea del Sarto. Without in any way questioning Dr. Freedberg's opinion, it must be noted that much scholarship on the artist has taken place in the thirty years since Dr. Freedberg's letter of 1991.  No opinion from Dr. John Shearman appears to have been furnished by the painting's owner. Dr. Shearman, who died in 2003, was the author of the other standard monograph on Andrea del Sarto (Oxford 1965). Nor is there any indication in Dr. Hunter's appraisal of opinions on the authorship of the subject painting from contemporary scholars. Notably absent are opinions from Dr. Antonio Natali, author of, among other works, the monograph and catalogue of the artist's work *Andrea del Sarto: maestro della 'maniera moderna'* (Milan 1998), and Dr. David Franklin, a specialist on the artist and the period. For unexplained reasons a Wikipedia entry concerning Dr. Franklin is included in Dr. Hunter's appraisal, but without any indication of his opinion on the painting.

Within the "Summary Fact Sheet" supplied by the painting's owner and included on page 14 of Dr. Hunter's appraisal is the statement:

"Both the attribution to Andrea del Sarto and the dating have been universally accepted by those experts and noted authorities in the arena of Italian Renaissance art who have seen the painting."

However, no experts and authorities are named, nor are any opinions reported. Statements confirming Andrea del Sarto's authorship of the subject painting by active scholars and art historians in the field would be necessary both to support the valuation that Dr. Hunter gives the painting, as well as to validate the attribution in any prospective offering of the painting for sale.


### Identification of the Sitter

The identification of the sitter as Ottaviano de'Medici –thereby associating the subject painting with a work mentioned by the Renaissance art historian Giorgio Vasari as by Andrea del Sarto—is speculative. Dr. Hunter does qualify his designation by referencing the subject as "Portrait of a Gentleman, possibly Ottaviano de' Medici," but states on page 10 that the portrait "has plausibly been identified as the Florentine statesman and patron, Ottaviano de'Medici (1484–1546)." It should be noted that neither Sydney Freedberg, in his authentication letter of 1991, nor any other scholar has provided documentation to support this identification, which is a component of the valuation that Dr. Hunter provides.


### Comparables

As acknowledged by Dr. Hunter under "Assignment Considerations," "the appraiser was unable to personally examine the comparable works used for this assignment and thus relied on information available through online databases, dealers, and/or galleries. Not all comparables have condition reports available for review." (pp. 5-6). While this caveat is noted, the appraiser does not reference what he has discovered from such sources of the condition of the paintings he uses as comparable sales. Most obviously, his comparable nos. 1 and 2, portraits by Botticelli and Bronzino, were both in extraordinarily fine condition, as published reports indicated (and which the present writer can confirm based on his personal observations). They were as well on impeccably preserved panels, unlike the subject property which is painted on canvas – itself a distinction not discussed in the appraisal. Wood panels are certainly a more prized and valued support for paintings of the High Renaissance period – a fact reflected in the fact that all of the paintings cited by Dr. Hunter save the Raphael (comparable no. 4), a far more celebrated artist than Andrea del Sarto, are on panel. As indicated above, the actual condition of the subject property is not clear, even to those (such as the present writer) who have seen it at first hand, let alone to Dr. Hunter, who has not.

**Conclusion**

The Fair Market Value given by Dr. Hunter is predicated on several assumptions that cannot at any of the Effective Dates indicated be confirmed. Most important of these is the assumption of good condition for the work. No recent independent examination of the painting by a professional conservator has been provided, and Dr. Hunter's assumption should thus be considered a "hypothetical condition," as defined on page 7 of his report. It is in any case the most significant criterion that would affect the value of the subject painting.

Secondarily, but not insignificantly, is the lack of substantiation for the attribution to Andrea del Sarto. While the present writer believes the painting to be by the artist, the reality in the marketplace is that full support from the recognized contemporary authorities is a requisite not only for a high valuation, but also for a successful sale. This has so far not been provided.

In this context the Fair Market Value proposed by Dr. Hunter seems at this time aspirational. Before any meaningful valuation of the painting can be reached, the painting would have to be carefully examined, its actual condition determined, and quite possibly with the need for further conservation work to be undertaken. Furthermore, the painting would need to be shown and studied by the recognized scholars and art historians specializing in the work of Andrea del Sarto and the Florentine High Renaissance, with the hope that they would confirm Andrea del Sarto's authorship.

Respectfully submitted,

Robert B. Simon, Ph.D., AAA.

# ROBERT B. SIMON — CURRICULUM VITAE

**Area of Specialization:**                    European and American Fine and Decorative Arts

**Professional Affiliations:**

| | |
|---|---|
| Appraisers Association of America | Certified Member |
| | Member of the Board of Directors, 1990–2009 |
| | Treasurer, 1992–1994 |
| | Second Vice President, 1994–1996 |
| | First Vice President, 1996–1998 |
| | President, 1998–2000 |
| American Society of Appraisers | Accredited Senior Member, 1983–2019 |
| | Second Vice President, NYC Chapter, 2001–2002 |
| | Third Vice President, NYC Chapter, 2000–2001 |
| U.S.P.A.P. | Compliant and Tested, 2009, 2013, 2015, 2017, 2019 |
| Private Art Dealers Association | Member, Member of Board of Directors, 2005–2016 |
| | President, 2011–21 |
| Art and Antique Dealers League of America | Member, Member of Board of Directors, 2006–2016 |
| | Vice President, 2013–21 |
| Grand Central Atelier, New York | Member of Board of Directors, 2017–2021 |
| Board of Architectural Review, Tuxedo Park | Member, 1987–90, 2006–8, Deputy Chair, 2008–16 |
| C.I.N.O.A. | Member |
| Columbia University Art History Advisory Council | Member |
| College Art Association | Member |
| American Association of Museums | Member |
| Renaissance Society of America | Member |
| Who's Who in American Art | Listed |

**Education:**

| | |
|---|---|
| 1982 | Ph.D., Dept. of Art History and Archaeology, Columbia University, New York |
| 1976 | M.Phil., Dept. of Art History and Archaeology, Columbia University, New York |
| 1975 | M.A., Dept. of Art History and Archaeology, Columbia University, New York |
| 1973 | B.A., Columbia College, Columbia University, New York (Major: Medieval and Renaissance Studies) |
| 1969 | Diploma, Horace Mann School, Riverdale, N.Y. |

**Professional Experience:**

| | |
|---|---|
| **1990-2021** | Art Dealer, Appraiser, Consultant; President, Robert Simon Fine Art, Inc., New York City and Tuxedo Park, N.Y. |
| **1998-2000** | President, Appraisers Association of America, New York City |
| **1985-90** | Independent Appraiser and Consultant, New York City and Tuxedo Park |
| **1989-92** | Consultant, Stanley Moss & Co., Riverdale, N.Y. (Old Master Dealer) |
| **1987-89** | Consultant, Piero Corsini, Inc., New York, N.Y. (Old Master Dealer) |
| **1985-90** | Consultant, The Fund for Fine Arts, Inc., Chevy Chase, MD. (Nineteenth Century European and American Paintings) |
| **1982-85** | Director and Chief Appraiser, The Fine Arts Group of Crosson Dannis, Inc., New York and Dallas |
| **1981-82** | Appraiser, The Fine Arts Group of Crosson Dannis, Inc. |
| **1980-82** | Researcher, International Foundation for Art Research, New York City |
| **1980-82** | Author and Researcher, Soprintendenza ai Beni Artistici e Storici (Uffizi Gallery), Florence, Italy |
| **1977-78** | Andrew Mellon Fellow, Dept. of European Paintings, Metropolitan Museum of Art, New York |
| **1976-77** | Chester Dale Fellow, Dept. of European Paintings, Metropolitan Museum of Art, New York |
| **1975** | Graduate Assistant, Dept. of European Paintings, Metropolitan Museum of Art, New York |
| **1974-81** | Independent Research, Expertise and Appraisal work for private collectors. |

**Publications:**

"Witnesses to World War II; Studies in Provenance Research," in Sharon Smith Theobald, ed., *To Give and To Receive; A Handbook on Collection Gifts and Donations for Museums and Donors* (American Alliance of Museums), 2nd ed., (Lanham-London 2020), pp. 109-116

Introduction to *Collecting and Museology*, Edited by Andrea M. Gáldy and Florian Dobmeier, (Newcastle upon Tyne 2020), pp. xix-xx.

*Leonardo's* Salvator Mundi *and the Collecting of Leonardo in the Stuart Courts* (co-author with Margaret Dalivalle and Martin Kemp), Oxford 2019

*1380 – 1830; Important European Paintings* (co-author with Dominic Ferrante, Jr.) New York 2019

"Sixteenth-century art in Florence," (exhibition review of "The Cinquecento in Florence," Palazzo Strozzi, Florence), *The Burlington Magazine*, CLX (January 2018), pp. 39-41).

"*My Dear BB…: The Letters of Bernard Berenson and Kenneth Clark, 1925-1959*, Edited and annotated by Robert Cumming," (book review), *The Burlington Magazine*, CLIX (August 2017), pp. 647-648.

"*Bernard Berenson: Formation and Heritage*, Edited by Joseph Connors and Lewis A. Waldman," (book review), *The Burlington Magazine* CLIX (January 2017), pp. 47-48.

"The Old Masters Market is Restoring Its Image to Make It Sexy," *Artnet News* (online), January 26, 2015 http://news.artnet.com/art-world/the-old-masters-market-is-restoring-its-image-to-make-it-sexy-232578

"Pontormo and Rosso Fiorentino," (exhibition review of "Pontormo and Rosso Fiorentino: Diverging Paths of Mannerism," Palazzo Strozzi, Florence), *The Burlington Magazine*, CLVI (July 2014), pp. 480-482.

"*Bernard Berenson; A Life in the Picture Trade*, By Rachel Cohen," (book review), *The Burlington Magazine*, CLVI (July 2014), pp. 472-473.

"Francesco Vanni," (exhibition review of "Francesco Vanni: Art in Late Renaissance Siena," Yale University Art Gallery, New Haven), *The Burlington Magazine*, CLV (December 2013), pp. 859-861.

"Bronzino's Portrait of Maria Salviati," in *Agnolo Bronzino; Medici Court Artist in Context*, ed. by Andrea M. Gáldy, Newcastle-upon-Tyne 2013, pp. 17-30.

"Perino del Vaga" (exhibition review of "Perino del Vaga in New York Collections," Metropolitan Museum of Art, New York), *The Burlington Magazine*, CLIV (February 2012), pp. 225-26.

"Bronzino," (exhibition review of "Bronzino, Artist and Poet at the Court of the Medici," Palazzo Strozzi, Florence), *The Burlington Magazine*, CLIII, (January 2011), pp. 59-61.

"L'Ultima Cena," *in Carlo Crivelli e Brera,* exh. cat., Milan 2009, pp. 16-19

*From Palace and Chapel; Important Old Master Paintings*, New York: Robert Simon Fine Art, 2005

"The Renaissance of the Sixteenth Century," *Arts of the Renaissance* (Sotheby's New York, Old Master Sale Catalogue, January 2001).

*Visions and Vistas: Old Master Paintings and Drawings*, exh. cat. New York: Berry-Hill Galleries, 2000.

*Figure and Fantasy in French Painting, 1650-1800*, exh. cat. New York: Berry-Hill Galleries, 1999.

*From Sacred to Sensual: Italian Painting 1400-1750*, exh. cat. New York: Berry-Hill Galleries, 1998.

Introduction to *Robert Kipniss; The Image and the Medium*, exh. cat., Wichita Falls Museum & Art Center, Mar. 20-May 31, 1997.

Review of *The Drawings of Leonardo da Vinci and His Circle in America*, ed. Carlo Pedretti and cat. by Patricia Trutty-Coohill, *Drawing*, XVII, Nos. 4-6 (Nov.1995-March 1996), pp. 103-04.

"Agnolo di Cosimo, llamado 'Il Bronzino'; Retrato de la Duquesa Eleonora de Toledo," in *Tres Siglos de Pintura*, exh. cat., Madrid: Caylus Anticuario, S.A., 1995.

*Devotion and Delight; Important Old Master Paintings*, exh. cat., New York: Piero Corsini, Inc., 1989.

"Doré in the Highlands," *Journal of the Walters Art Gallery*, Vol. 47 (1989), pp. 53-60.

"Giulio Clovio's Portrait of Eleonora di Toledo," *The Burlington Magazine*, CXXXI (July 1989), pp. 481-485.

"Yo, Pontormo," *The Journal of Art*, I, no. 6 (June 1989), p. 25.

Review of *The Robert Lehman Collection, I; Italian Paintings* by John Pope-Hennessy, *Renaissance Quarterly*, XLII, 1 (Spring 1989), pp. 118-122.

*Discoveries 'in una nuova luce'; Important Old Master Pictures*, exh. cat., New York: Piero Corsini, Inc., 1988.

"'Blessed be the hand of Bronzino': the portrait of Cosimo I in armour," *The Burlington Magazine*, CXXIX (June 1987), pp. 387-88.

"The Uffizi Gallery," "The Pitti Palace," "The Accademia Gallery," articles in *Art Museums of the World*, Greenwich: Greenwood Press, 1986.

"The Identity of Sofonisba Anguissola's *Young Man*," *Journal of the Walters Art Gallery*, Vol. 44 (1986), pp. 117-122.

Translator of selected catalogue entries for the exhibition catalogue, *The Age of Correggio and the Carracci; Emilian Art of the Sixteenth and Seventeenth Centuries* (New York and Washington 1986).

"Il ritratto di Cosimo I de' Medici nel Museo Gioviano," *Atti del Convegno, 'Paolo Giovio: Il Rinascimento e la memoria,'* (Como 1985), pp. 183-192.

"Bronzino's Cosimo I de' Medici as Orpheus," *Bulletin of the Philadelphia Museum of Art*, Vol. 81, no. 348 (Fall 1985), pp. 17-27.

*Patrick and Beatrice Haggerty Museum of Art, Marquette University: Selected Works*, New York: Pelion Press, 1984 (Editor, Author of Introduction and Catalogue Entries).

"Bronzino's Portrait of Cosimo I in armour," *The Burlington Magazine*, CXXV, 966 (September 1983), pp. 527-539.

Translator of catalogue and chapters on the Pinacoteca Vaticana (Vatican Picture-Gallery) for the exhibition catalogue, *The Vatican Collections: The Papacy and Art*, New York: Metropolitan Museum of Art, 1982, pp. 128-174.

*Bronzino's Portraits of Cosimo I de' Medici* (Columbia Univ. diss.), Ann Arbor: University Microfilms, 1982.

"From Leonardo to Titian," *Arts Magazine*, LIV, 3 (November 1979), p. 9.

"Poussin, Marino, and the Interpretation of Mythology," *Art Bulletin*, LVIII, 1 (March 1978), pp. 56-68.


**Lectures and Courses:**


**2021**          "The Resurrection: The Reascendancy of Connoisseurship," Panelist, Of Value: National Conference, Appraisers Association of America, New York

**2021**          "Renaissance Objects in Time," Roundtable Participant, Renaissance Society of America Virtual Conference

**2021**          "Connoisseurship; Theory and Practice," Guest Speaker, Sotheby's Institute of Art, New York

**2020**          "Hiding in Plain Sight; Business and Legal Concerns Related to Misattributed Artworks at Auction," Speaker, Center for Art Law Lunch Talk, Virtual

**2020**          "Contemporary Realist Art in Lockdown," Speaker, Fine Art Connoisseur Virtual

**2020**          "The History, Theory, and Problems of Connoisseurship," Guest Speaker, Williams Graduate Program in the History of Art, Clark Art Institute, Williamstown, Mass.

2019    "Silent Witnesses of the *Salvator Mundi*," Leonardo da Vinci, un tema per gli storici dell'arte, Colloquio Internazionale, Università del Salento, Lecce

2019    Santangel's Investor Forum, New York, Speaker

2019    "R&B Female Artists Rock the Art World: Renaissance and Baroque Women Stage a Comeback," Panelist, TEFAF New York Cultural Program

2019    "Leonardo's Salvator Mundi; Looking Back at its Discovery after Fourteen Years," (with Dianne Modestini), Columbia University Seminar in the Renaissance

2019    "From Fig Leaves to Photoshop, and a lot in between; Willful Alterations of Art across the Ages," Florence Academy of Art, Jersey City, NJ, and Grand Central Atelier, Long Island City, NY

2019    "Finding the Savior; the Saga of Leonardo da Vinci's Salvator Mundi," Leonardo da Vinci 500, Zentralinstitut für Kunstgeschichte, Munich

2018–2020    "Leonardo's *Salvator Mundi*: Its Journey from Anonymity to Fame, and from £45 to $450 Million," Wadsworth Atheneum Museum of Art, Hartford, Connecticut; Director's Circle Lecture, Memorial Art Gallery, Rochester NY; Sheppy Dog Fund Lecture, Flint Institute of Arts, Flint, Michigan; Appraisers Association of America, New York; Sotheby's Institute of Art, New York; Rembrandt Club, Brooklyn, NY

2017    "Authenticity in the Old Master Market," Moderator and Presenter, On Value; 2017 National Conference, Appraisers Association of America, New York

2017    "Collecting the Old Masters; Paintings as Coveted Possessions," Fall Semester Course, New York University, College of Arts & Sciences, Fall 2017

2017    "Alessandro Allori, Camilla Martelli, and Virginia de'Medici: Revealing the Mysteries of a Saint Louis Art Museum Portrait," with Judith W. Mann and Claire Winfield, Technical Art History: Evaluating the Progress of the Interdisciplinary Study of Works of Art, Midwest Art History Society, Cleveland Museum of Art, Cleveland, Ohio

2016    "La grande mela di musei: New York," [The Big Apple of Museums: New York], Palazzo Ducale, Fondazione per la Cultura, Genoa, Italy

2015    "Leonardo da Vinci's *Salvator Mundi*: Its Journey to Rediscovery," Current Issues in Determining the Authenticity in Visual Art and Objects, the Catalogue Raisonné, Art Scholarship and Value in the Marketplace, Personal Property Conference, American Society of Appraisers, New York

2015    "On the Genius of Leonardo da Vinci," (with Dr. Gail Saltz), 7 Days of Genius, 92nd Street Y, New York

2014    "Wrong Pictures; Recognizing Problematic Old Master Paintings," Discourse in the Market: All Things Considered, National Conference, Appraisers Association of America, New York

2014    "The Saga of Leonardo's Lost Christ," Bucknell University, Lewisburg, Pa.

2014    "Leonardo Lost and Found," Friends of the Uffizi Gallery, Palm Beach, Florida

2013    "Finding Leonardo," Hermitage Museum Foundation, Princeton Club, New York

2013    "Alternate Careers for Art Historians," Seminar, University of Missouri–Kansas City

**2013**      "Finding Leonardo," Bernardin Haskell Lecture, Nelson-Atkins Museum of Art, Kansas City, Missouri

**2012**      "Reflections of a Once Lost Painting: The Versions of Leonardo's *Salvator Mundi*," Leonardo da Vinci; Recent Technical Findings and Discoveries, Conservation Center of the Institute of Fine Arts, New York University, New York

**2012**      "Leonardo da Vinci's 'Salvator Mundi' Rediscovered," co-author with Dianne Modestini, and others, Leonardo da Vinci's Technical Practice: Paintings, Drawings, and Influence," CHARISMA Conference, National Gallery, London

**2010**      "On Maria Salviati," Agnolo Bronzino; Medici Court Artist in Context, Florence, Italy

**2008**      "Extreme Makeovers," Wadsworth Atheneum Museum of Art, Hartford, CT

**2007**      "Step by Step; Damage and Loss Reports," Moderator, Valuation and Condition, National Conference, Appraisers Association of America

**2007**      "Divorce in New York in the 21st Century; Who Gets What & How Much?" Participant, New York City Bar, New York, NY

**2007**      "Cleaning Up Dirty Pictures," Le Brun Library Conversations with Authors Series, Montclair Art Museum, Montclair, NJ

**2005**      "The Childhood of the Artist," in The Taste for Italian Renaissance Art in Eighteenth- and Nineteenth-Century Britain, Renaissance Society of America and The Society for Renaissance Studies, United Kingdom, University of Cambridge

**2005**      "Collecting for the Future, or How not to be a Casualty in the Craze to Invest in Art," Palm Beach Jewelry and Antique Show

**2004**      "Understanding Auction Data, or Why Your Painting isn't Worth $104 million, Mrs. Jones," National Conference, Appraisal Institute of America, New York

**2004**      "Seven Principles of Building a Significant Art Collection," UBS Financial Services Seminar, Palm Beach, Florida

**2004**      "Connoisseurship in Collecting Old Master Paintings," Palm Beach Jewelry and Antique Show

**2003**      "When Bad Things Happen To Good Pictures," American Society of Appraisers, Hudson Valley Chapter, Harriman, New York.

**2003**      "Collecting American Impressionists," Montclair, New Jersey

**2003**      "Observations on Bronzino's Working Methods in his Portraits," Annual Meeting, Renaissance Society of America, Toronto, Canada

**2002**      "Donation Appraisal Cases," Appraisers and Attorneys Working Together: Legal Cases, National Conference, Appraisal Institute of America, New York

**2002**      "Tracing Provenance in Old Master Paintings: The Physical Evidence," Art and Cultural Property: Provenance; Due Diligence; Legal and Ethical Issues, American Society of Appraisers, Washington

**2002**      "Old Master Paintings," How to Take the Plunge: Introduction to the Collecting of Fine Art, New York University, School of Continuing Education

**2002**      "Two Issues of Valuation: Provenance and Auction Comparables," New Legal Liabilities Seminar, AAA-NYU Appraisal Studies Program, New York University

**2001**      "Valuation Problems in Old Master and Nineteenth-Century European Paintings," National Conference, Appraisal Institute of America, New York

2001     "Negotiating with the IRS: A Mock Internal Revenue Procedure," participant, National Conference, Appraisal Institute of America, New York

2000     "Collecting Old Master Paintings; Special Challenges, Unique Rewards," Sotheby's Institute of Art, New York

2000     "The New Technology and Challenges for the Appraisal Professional," Valuation 2000 Conference, Las Vegas

2000     "Professional Opinions of Value in the World of Electronic Commerce," National Conference, Appraisal Institute of America, New York

1999     "Specialist and Generalist Appraisers," National Conference, Appraisal Institute of America, New York

1999     "Improving the Old Masters, or How Prudery, Fashion, the Fear of Death, and the Love of Money Have Revised the Art of the Renaissance and Baroque," Baylor University, Waco, Texas

1999     "Portraiture in the Work of the Florentine Mannerists," Baylor University, Waco, Texas

1997     "Alterations to Paintings for Money and Love," National Conference, Appraisal Institute of America, New York

1997     "Dirty Old Pictures and How They Get That Way: Appraising Old Master Paintings," Appraisers Association of America, Practicing Law Institute, New York

1996     "Workshop on Old Master Fakes and Forgeries," National Conference, Appraisal Institute of America, New York

1995     "Dirty Pictures: Conservation, Censorship and Cash," American Society of Appraisers, New York

1995     "The Real Source of Bronzino's London Allegory," Sixteenth Century Studies Conference, San Francisco

1995     "An Overlooked Predella Panel by Carlo Crivelli in the Museum of Fine Arts, Montreal," Museum of Fine Arts, Montreal

1995     "A proposal for El Greco in Venice: The Zane Manuscript in the British Library," International Conference on El Greco in Italy and Italian Art," Rethymnon, Crete.

1994     "Some Thoughts on Mannerist Portraiture," Guest Lecture, Brandeis University

1994     "Value Considerations of Conservation and Restoration Treatments in the Appraisal of Works of Art," Fine Art Conservation: Issues for the 21st Century, Symposium, New York University.

1991     "Seminar on European Painting from 1300 to 1900," Appraisal Certificate Program, Marymount College, Tarrytown

1989     "Current Practices in Appraisal Report Writing," Appraisers Association of America National Conference.

1988–89     "Connoisseurship and the Art Market," Seminars given to students of Barnard College, Fordham College, Metropolitan Museum of Art Summer Interns

1983     "Il ritratto di Cosimo I nella collezione di Paolo Giovio," International Conference on Paolo Giovio, Como, Italy

1982–83     History of Italian Renaissance Art, The Juilliard School, New York

1979     Art and Food in Renaissance Florence, (with Giuliano Bugialli), Florence, Italy

| 1978 | "Dante and Petrarch in Florentine Portraiture of the Sixteenth Century," New England Renaissance Conference, Mount Holyoke College |
| 1975 | "Under Venus and Amor: Bronzino's Lost Lunettes for Bartolommeo Bettini," Michelangelo Birthday Conference, Casa Italiana, Columbia University |
| 1973 | "The Sculpture of Vincenzo Danti," Columbia University Art History Student Union |

**Languages:**    Italian, French, German, Latin

**References**:    Furnished On Request; a list of institutional clients can be consulted on our web-site: www.robertsimon.com.