UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOANS ON FINE ART LLC,<br><br>                         Petitioner,<br><br>-v.-<br><br>IAN S. PECK, ACG ARRANGEMENT SERVICES LLC, ACG CAPITAL COMPANY, LLC, MODERN ART SERVICES, LLC, PATRIOT CREDIT COMPANY LLC, and PEGASUS CREDIT COMPANY LLC,<br><br>                         Respondents. | ORDER<br><br><br>23 Civ. 04143 (JHR) (JW) |
| IAN S. PECK, ACG ARRANGEMENT SERVICES LLC, ACG CAPITAL COMPANY, LLC, MODERN ART SERVICES, LLC, PATRIOT CREDIT COMPANY LLC, and PEGASUS CREDIT COMPANY LLC,<br><br>                         Counter-Petitioners,<br><br>-v.-<br><br>GARY GREENBERG, ART FUND III LLC, COLORADO ART HOLDINGS LLC, GB FUND LLC, LOANS ON FINE ART LLC, and LOTUS INVESTMENT CORP.,<br><br>                         Counter-Respondents. | 23 Civ. 05717 (JHR) (JW) |

JENNIFER H. REARDEN, District Judge:

On **May 29, 2024** at **4:45 p.m.**, the Court will hold a teleconference to address its decision docketed at ECF No. 59 and related matters. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID 832 385 14 followed by the pound (#) key. Members of the public may call the same number but are to keep their phones muted during the proceeding.

The Court will not accept any further submissions ahead of the May 29 conference.

Counsel are directed to notify the New York Supreme Court in *Wilmington Savings Fund Society, FSB v. Peck* (No. 850022/2020) of this Order.

SO ORDERED.

Dated: May 27, 2024
       New York, New York

                                                                                                                               */s/ Jennifer H. Rearden*
                                                                                                                                     JENNIFER H. REARDEN
                                                                                                                                     United States District Judge