UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOANS ON FINE ART LLC,<br><br>                            Petitioner,<br><br>                  -v.-<br><br>IAN S. PECK, ACG ARRANGEMENT SERVICES LLC, ACG CAPITAL COMPANY, LLC, MODERN ART SERVICES, LLC, PATRIOT CREDIT COMPANY LLC, and PEGASUS CREDIT COMPANY LLC,<br><br>                            Respondents. | **JUDGMENT**<br><br>23 Civ. 04143 (JHR) (JW) |
| IAN S. PECK, ACG ARRANGEMENT SERVICES LLC, ACG CAPITAL COMPANY, LLC, MODERN ART SERVICES, LLC, PATRIOT CREDIT COMPANY LLC, and PEGASUS CREDIT COMPANY LLC,<br><br>                         Counter-Petitioners,<br><br>                  -v.-<br><br>GARY GREENBERG, ART FUND III LLC, COLORADO ART HOLDINGS LLC, GB FUND LLC, LOANS ON FINE ART LLC, and LOTUS INVESTMENT CORP.,<br><br>                         Counter-Respondents. | 23 Civ. 05717 (JHR) (JW) |

JENNIFER H. REARDEN, District Judge:

       WHEREAS, on April 5, 2023, following an arbitration administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures, the presiding arbitrator issued a final award of $7,198,960.30 (the "Award") in favor of Loans on Fine Art LLC, Gary Greenberg, Art Fund III LLC, Colorado Art Holdings LLC, GB Fund LLC, and Lotus Investment Corp. (collectively, the "Greenberg Parties") and against Ian S. Peck, ACG Arrangement Services LLC, AGC Capital Company, LLC, Modern Art Services, LLC, Patriot Credit Company LLC, and Pegasus Credit Company LLC (collectively, the "Peck Parties");

WHEREAS, on June 8, 2023, Loans on Fine Art LLC—the assignee of the Greenberg Parties' right, title, and interests in the Award—filed an amended petition to confirm the Award (the "Petition");

WHEREAS, on June 23, 2023, the Peck Parties filed a cross-motion to vacate the Award;

WHEREAS, on February 5, 2024, Magistrate Judge Jennifer Willis issued a Report and Recommendation recommending that the Petition be granted and the cross-motion to vacate be denied; it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Court has accepted and adopted Magistrate Judge Willis's Report and Recommendation and the Petition is granted, the cross-motion to vacate is denied, the Award is confirmed, and judgment is hereby entered in favor of Loans on Fine Art LLC consisting of:

(1) the Award totaling $7,198,960.30;

(2) $1,017,124.34 in post-Award pre-judgment interest (calculated at nine percent per annum from April 5, 2023 through entry of this Judgment); and

(3) post-judgment interest which shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961.

SO ORDERED.

Dated: October 29, 2024
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge