UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOANS ON FINE ART LLC,<br><br>       Petitioner,<br><br>      -v.-<br><br>IAN S. PECK; ACG ARRANGEMENT SERVICES, LLC; ACG CAPITAL COMPANY, LLC; MODERN ART SERVICES, LLC; PATRIOT CREDIT COMPANY, LLC; and PEGASUS CREDIT COMPANY, LLC,<br><br>       Respondents. | **AMENDED JUDGMENT**<br><br>23 Civ. 04143 (JHR) (JW) |
| IAN S. PECK; ACG ARRANGEMENT SERVICES, LLC; ACG CAPITAL COMPANY, LLC; MODERN ART SERVICES, LLC; and PEGASUS CREDIT COMPANY, LLC,<br><br>       Counter-Petitioners,<br><br>      -v.-<br><br>GARY GREENBERG; ART FUND III LLC; COLORADO ART HOLDINGS LLC; GB FUND LLC; LOANS ON FINE ART LLC; and LOTUS INVESTMENT CORP.,<br><br>       Counter-Respondents. | 23 Civ. 05717 (JHR) (JW) |

JENNIFER H. REARDEN, District Judge:

  WHEREAS, on April 5, 2023, following an arbitration administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures, the presiding arbitrator issued a final award of $7,198,960.30 (the "Award") in favor of Loans on Fine Art LLC; Gary Greenberg; Art Fund III LLC; Colorado Art Holdings LLC; GB Fund LLC; and Lotus Investment Corp. (collectively, the "Greenberg Parties") and against Ian S. Peck; ACG Arrangement Services, LLC; AGC Capital Company, LLC; Modern Art Services, LLC; Patriot Credit Company, LLC; and Pegasus Credit Company, LLC (collectively, the "Peck Parties");

WHEREAS, on June 8, 2023, Loans on Fine Art LLC—the assignee of the Greenberg Parties' right, title, and interests in the Award—filed an amended petition to confirm the Award (the "Petition");

WHEREAS, on June 23, 2023, the Peck Parties filed a cross-motion to vacate the Award;

WHEREAS, on February 5, 2024, Magistrate Judge Jennifer Willis issued a Report and Recommendation recommending that the Petition be granted and the cross-motion to vacate be denied; it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Court has accepted and adopted Magistrate Judge Willis's Report and Recommendation and the Petition is granted, the cross-motion to vacate is denied, the Award is confirmed, and judgment is hereby entered in favor of Loans on Fine Art LLC and against Ian S. Peck; ACG Arrangement Services, LLC; AGC Capital Company, LLC; Modern Art Services, LLC; Patriot Credit Company, LLC; and Pegasus Credit Company, LLC, consisting of:

(1) the Award totaling $7,198,960.30;

(2) $1,017,124.34 in post-Award pre-judgment interest (calculated at nine percent per annum from April 5, 2023 through October 29, 2024); and

(3) post-judgment interest which shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961.

SO ORDERED.

Dated: November 19, 2024
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge