UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOANS ON FINE ART LLC,

                Plaintiff,                              **ORDER**

      -against-                          **23-CV-4143 (JHR) (JW)**

IAN S. PECK, *et al.*,

                Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is receipt of several letter motions in connection with the Parties' disputes. See Dkt. Nos. 101, 104, 106, 108–10, 112, 115–19, 121–23, 125–26. The Parties are ordered to meet and confer, and this Court expects the Parties to make a good faith effort at resolving as many disputes as possible during that meet and confer. The Parties are also ordered to file a joint letter **no later than 5:00 PM on July 2, 2025.** The joint letter shall advise the Court of which disputes have been resolved and which remain at issue. The joint letter shall be no longer than 10 pages.

      The Parties are also ordered to appear for an **in-person discovery conference on July 7, 2025, at 10:30 AM**. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY. Should the Parties' joint letter inform this Court that all outstanding disputes have been resolved, the conference will be adjourned *sine die*. Otherwise, the Parties must appear at the in-person conference prepared to discuss all remaining disputes. This Court will not discuss any disputes not ripe for intervention nor those the Parties failed to discuss at the meet and confer prior to the conference.

SO ORDERED.

DATED:   New York, New York
         June 26, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge