**SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP**

Ethan A. Kobre - Direct: 212-743-7084 - ekobre@ssrga.com

**By ECF**

Hon. Jennifer E. Willis, U.S.M.J
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

> This request is GRANTED. The Parties joint letter is due **August 15, 2025,** and the conference is adjourned to **August 22, 2025 at 10:30 AM**. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> July 2, 2025

Re:  *Loans On Fine Art LLC v. Ian S. Peck, et al.*
     Case No. 23-CV-4143 (JHR)(JW)

Dear Judge Willis,

We, along with Matthew Press, Esq., are counsel to respondents Ian S. Peck, ACG Arrangement Services, ACG Capital Company, Modern Art Services, LLC and Pegasus Credit Company LLC ("Respondents") in this action. We apologize for having to trouble the Court with this request but have tried to resolve the matter with Petitioner's counsel to no avail.

Pursuant to Your Honor's June 26, 2025 Order (Dkt. No. 127), the parties were directed to meet and confer regarding discovery disputes and appear for an in-person discovery conference on July 7, 2025. Mr. Press and I are and will be out of the country (many hours ahead) on separate (and long overdue) family vacations, and we will not be available until July 21, 2025. We respectfully request that the discovery conference be adjourned until sometime after that date.

There have been no prior requests for adjournment of this conference, and an adjournment of this discovery conference for two weeks cannot possibly prejudice Petitioner.

As always, we thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/

Ethan A. Kobre