UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOANS ON FINE ART, LLC,

          **ORDER**

      Petitioner,

          **23-cv-4143 (JHR) (JW)**

  -against-

IAN S. PECK, *et al.*,

      Respondents.
------------------------------------------------------------------X

IAN S. PECK, *et al.*,

      Counter-Petitioners,

  -against-

          **23-cv-5717 (JHR) (JW)**

GARY GREENBERG, *et al.*,

      Counter-Respondents.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

   As the parties are aware, a discovery conference before the Court is scheduled for September 2, 2025, at 10:00 AM. The conference was adjourned several times at the request of the parties. A tranche of motions has been filed since December 31, 2024. To meaningfully address these various motions, the Court indicated that it expected a joint letter from the parties providing a status update of which disputes have been resolved and which remain at issue. The Court has not yet received this joint letter.

As such, the parties are ordered to file a joint letter by **August 29, 2025 at 1:00 PM**. The joint letter shall be no more than 10 pages.

SO ORDERED.

DATED:   New York, New York
         August 28, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge