UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
LOANS ON FINE ART, LLC,

        Petitioner/Judgment Creditor,

-against-

IAN S. PECK, *et al.*,

        Respondents/Judgment Debtors.

------------------------------------------------------------------X

**ORDER**

**23-CV-4143 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties attended a status conference on the outstanding post-judgment discovery motions before this Court on September 2, 2025. For reasons more fully explained on the record, the Court orders the following:

- Respondents' request for a stay of post-judgment discovery pending the outcome of their Second Circuit appeal is **DENIED**.

- Petitioner's request to compel interrogatory and request for production responses from Respondents is **GRANTED**. Respondents are ordered to respond to Petitioner's interrogatories and requests for production by **October 2, 2025**.

- Respondents' request to quash Petitioner's subpoena for deposition duces tecum on Respondent Ian S. Peck is **DENIED**. The parties are directed to confirm the time of Mr. Peck's scheduled deposition date in their joint status letter to the Court, which is due on **October 3, 2025**.

- Respondents' request to quash Petitioner's third-party subpoenas to Respondents' counsel is held in abeyance.

- Respondents' request to quash subpoenas of third-party banks is **DENIED.**

- Respondents' request to quash Petitioner's subpoena for deposition duces tecum on Gregory Selch is **DENIED.**

- Petitioner's request to quash Respondents' subpoena for deposition served on Petitioner's counsel is **GRANTED**.

- Petitioner is directed to order a transcript of the September 2, 2025, conference. The parties are to split the costs of the transcript.

- The parties are ordered to file a joint letter, no more than five pages, updating the Court on the status of discovery by **October 3, 2025**. The joint letter is to include the date Mr. Peck's scheduled deposition and any outstanding disputes.

- The parties are ordered to appear for an in-person discovery status conference on **October 10, 2025, at 10:00 AM.** If the parties have no outstanding discovery disputes and wish to adjourn the conference, they should note that in their October 3, 2025, joint letter.

- Petitioner's motion for sanctions (see Dkt. Nos. 116–117) will be addressed in a subsequent order. Respondents are to file an opposition to Petitioner's motion for sanctions no later than **September 18, 2025**.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 108, 112, 118, 121, and 122.**

SO ORDERED.

DATED: New York, New York
September 4, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge