UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOANS ON FINE ART, LLC,

        Petitioner/Judgment Creditor,        **ORDER**

        -against-        **23-CV-4143 (JHR) (JW)**

IAN S. PECK, *et al.*,

        Respondents/Judgment Debtors.

------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties attended a status conference on the outstanding post-judgment discovery motions and sanctions motion before this Court on October 10, 2025. For reasons more fully explained on the record, the Court orders the following:

- Respondent's objections to Petitioner's discovery requests are **OVERRULED.** Respondents are to complete outstanding requests for production by **5:00pm on October 20, 2025.**

- Petitioner's request to compel Respondents to revisit responses to interrogatories is **GRANTED**. Respondents are ordered to respond to deficiencies that have been identified by Petitioner and make corrections to the interrogatories by **5:00pm on October 20, 2025**.

- Petitioner's motion for sanctions is **GRANTED.** Respondent previously filed papers with this court alleging that Petitioner counsel had made false misrepresentations to Citibank via subpoenas and letters of attachment. Respondent additionally represented to this court in writing and orally that

this allegation was based upon information it learned from Citibank. However, Respondent then filed a declaration with absolutely zero information to support the serious accusation that Petitioner made misrepresentations to Citibank. In addition, during today's conference, Respondent acknowledged that the statement submitted to this Court that "upon information from Citibank" Petitioner made a false or misleading statement, was based on an assumption rather than fact.

The Court finds that not only did Respondent make a false accusation against opposing counsel, but Respondent filed the false accusation in a motion to this Court, without basis. Respondent's actions in this respect, as an officer of the Court, were objectively unreasonable and therefore warrant sanctions.

- Petitioner's request for sanctions based on multiple filings by Respondent seeking a motion to quash subpoenas is **DENIED**.

- Petitioner's motion for sanctions against Attorney Kobre personally and against the Law Firm of Schwartz Sladkus Reich Greenberg Atlas LLP is **GRANTED**. In addition to monetary sanctions, Mr. Kobre is ordered to complete 5 additional CLE hours in Professional Responsibility in excess of the hours required for biennial New York bar registration. Petitioner is to submit the required documentation for the court to determine the sanctions amount by **5:00 PM on October 30, 2025**.

- Petitioner's motion for sanctions against Mr. Peck is **DENIED.**

- Petitioner's request for a briefing schedule on the motion filed in Dkt. No. 96 will be addressed in a separate order.

- The Parties are ordered to appear for an in-person discovery status conference on **November 18, 2025, at 11:00 AM.** If the parties have no outstanding discovery disputes and wish to adjourn the conference, they should note that in their November 12, 2025, joint letter.

- The parties are ordered to file a joint letter, no more than five pages, updating the Court on the status of discovery by **November 12, 2025**.

- Lastly, the parties are directed to order a copy of the transcript of today's proceeding and provide the court with a copy. The cost of the transcript is to be split equally between the parties.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 101 and 116.**

SO ORDERED.

DATED:   New York, New York
         October 10, 2025

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge