UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOANS ON FINE ART, LLC,

        Petitioner/Judgment Creditor,

-against-

IAN S. PECK, *et al.*,

        Respondents/Judgment Debtors.

------------------------------------------------------------------X

**ORDER**

**23-CV-4143 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared remotely before the Court today to discuss Judgment Creditor's objection to Judgment Debtor's counsel being present during the deposition of third-party Gregory Selch. For reasons stated more fully on the record, the Court orders that counsel for Mr. Peck, counsel for Mr. Selch, and Mr. Selch himself are not to discuss the contents of Mr. Selch's deposition with Mr. Peck until Mr. Peck's depositions are complete.

The parties are also directed to order a transcript of today's proceedings and provide the Court with a copy.

SO ORDERED.

DATED:    New York, New York
              October 29, 2025

                                                                         _____
                                                                         JENNIFER E. WILLIS
                                                                         United States Magistrate Judge