UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOANS ON FINE ART, LLC,

        Petitioner/Judgment Creditor,

-against-

IAN S. PECK, *et al.*,

        Respondents/Judgment Debtors.

------------------------------------------------------------------X

**ORDER**

**23-CV-4143 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court is in receipt of Mr. Kobre's November 2, 2025 email correspondence (1) confirming his CLE compliance in accordance with the Court's October 10th order and (2) requesting to be heard with respect to the amount of monetary sanctions to be imposed. The Court GRANTS Mr. Kobre's request to be heard on this issue during the November 18 conference. The Court also directs Respondents to respond to Petitioner's motion for attorney fees (see Dkt. No. 173) on the papers in accordance with the Civil Local Rules by **November 14, 2025**.

    SO ORDERED.

DATED:    New York, New York
              November 4, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge