UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

LOANS ON FINE ART, LLC,

        Petitioner/Judgment Creditor,

-against-

IAN S. PECK, *et al.*,

        Respondents/Judgment Debtors.

------------------------------------------------------------------X

**ORDER**

**23-CV-4143 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Petitioner's motion for a judgment (1) voiding transfer to Union Flatiron LLC; (ii) voiding mortgage to First Avenue Funding, Inc.; and (iii) directing the U.S. Marshal Service to levy execution on and sell the property. Dkt. No. 96. The Court orders Respondents to file a response to the motion by December 3, 2025. Petitioner's reply is due by December 12, 2025.

    SO ORDERED.

DATED:    New York, New York
             November 18, 2025

                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge