# The Esses Law Group, LLC

Attorney at Law
445 Park Avenue, 9th Fl.
New York, New York 10022

Leo L. Esses                                                          phone 212.673.3160
Leo@EssesLaw.com                                                      fax 212.845.9981

November 20, 2025

**VIA ECF & EMAIL**
willisnysdchambers@nysd.uscourts.gov

Hon. Jennifer E. Willis
United States District Court
40 Foley Square, Room 425
New York, NY 10007

      Re:    *Loans on Fine Art LLV v. Ian Peck.*
              *1:23-cv-04143-JHR-JW*

Dear Judge Willis:

      My firm represents non-party First Avenue Funding Inc. ("First Avenue"). I write to join Loans on Fine Art's ("LOFA") request for a clarified and amended order concerning the Court's November 18, 2025 Order directing a response to LOFA's petition to commence a special proceeding against Union Flatiron, LLC and First Avenue (D.E. 185).

      First Avenue has not been served with any motion or petition by LOFA. Accordingly, it is appropriate for the Court to clarify that LOFA must effect service of the motion for Special Proceeding on First Avenue before any response is required. Upon proper service, First Avenue should have 30 days, or such other period as the Court deems reasonable beyond the 30 days, to file its response to the motion.

      Additionally, we respectfully request that the Court adjourn any current deadline requiring objections or responses from the first week following the Thanksgiving weekend. Given that the underlying motion was filed long ago, there is no reason to compel counsel to prepare filings over a holiday weekend.

I thank the Court in advance for its time and consideration.

                                                    Respectfully submitted,

                                                    *Leo L. Esses*

                                                    Leo L. Esses

cc: All Counsel of Record (via ECF and Email)