UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOANS ON FINE ART, LLC,

        Petitioner/Judgment Creditor,

-against-

IAN S. PECK, *et al.*,

        Respondents/Judgment Debtors.

------------------------------------------------------------------X

**ORDER**

**23-CV-4143 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court is in receipt of Judgment Creditor's letter at Dkt. No. 186 and non-party First Avenue Funding, Inc.'s letter at Dkt. No. 190 concerning the Courts November 18, 2025 order at Dkt. No. 185. The Court amends its order at Dkt. No. 185 to clarify that Judgment Creditor shall serve the Petition for Special Proceeding on Union Flatiron, LLC and First Avenue Funding, Inc.'s, who will have 30 days from service to respond to the Petition for Special Proceedings psursuant to Article 4, CPLR.

    SO ORDERED.

DATED:    New York, New York
                November 20, 2025

                                                                                                  JENNIFER E. WILLIS
                                                                                                  United States Magistrate Judge