**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LOANS ON FINE ART, LLC,

    Petitioner/Judgment Creditor,     **ORDER**

     -against-         **23-CV-4143 (JHR) (JW)**

IAN S. PECK, *et al.*,

    Respondents/Judgment Debtors.

------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

In a previous order, the undersigned directed Mr. Peck to "produce supplemental documents responsive to Judgment Creditor's document requests" and include "include an affidavit asserting the steps he has taken to find documents within his possession, custody, and control." Dkt. No. 188. The Court also stated that in the event the Court finds the production may be insufficient, the Court will set a briefing schedule "regarding whether coercive contempt of Mr. Peck by way of a monetary fine is appropriate." Id.

On December 12, 2025, Judgment Creditors filed a letter motion asserting that Judgment Debtors' supplemental production is once again deficient. Dkt. No. 200. Judgment Debtors responded in opposition on December 18, 2025. Dkt. No. 204.

In light of the Court's previous order, the undersigned sets the following briefing schedule regarding whether coercive contempt of Mr. Peck by way of monetary fine is appropriate:

- Judgment Creditor's opening brief: January 9, 2026

- Judgment Debtor's response: January 23, 2026

- Judgment Creditor's reply: January 30, 2026

The parties are also ordered to attend an in-person conference to further discuss this issue on **February 18, 2026 at 1:30 PM** in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. To the extent there are other outstanding disputes the parties would like to address, the Parties are ordered to file a joint letter, no more than three pages, summarizing these items by **5:00 PM on February 10, 2026**.

SO ORDERED.

DATED:   New York, New York
         December 22, 2025

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge

2