**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LOANS ON FINE ART, LLC,

                Petitioner/Judgment Creditor,

                   -against-

IAN S. PECK, *et al.*,

                Respondents/Judgment Debtors.

------------------------------------------------------------------X
FIRST AVENUE FUNDING INC.,

                    Plaintiff,

                   -against-

UNION FLATIRON LLC, etc al.,

                    Defendant.
------------------------------------------------------------------X

**ORDER**

**23-CV-4143 (JHR) (JW)**

**25-CV-6576 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On December 5, 2025, Loans on Fine Art, LLC ("LOFA") filed a motion for a judgment (1) voiding transfer to Union Flatiron LLC; (ii) voiding mortgage to First Avenue Funding, Inc.; and (iii) directing the U.S. Marshal Service to levy execution on and sell the property ("Motion"). Dkt. No. 96. On November 20, 2025, the Court granted LOFA leave to serve its Motion on non-parties Union Flatiron, LLC ("Union Flatiron") and First Avenue Funding, Inc. ("First Avenue"). Dkt. No. 191. Union

1

Flatiron and First Avenue were served by LOFA (see Dkt. No. 196-197), and their oppositions are due on January 12, 2026.  Dkt. No. 199.

In a separate action (case number 25-cv-6576), First Avenue Funding filed a complaint on August 25, 2025 against Defendant Union Flatiron and LOFA requesting declaratory relief that (1) First Avenue's "Mortgage constitutes a valid, first priority lien upon the Property" located at 5 East 17th Street, Unit 5, New York, New York 10003; (2) "that LOFA's judgment lien, attachment, and notice of pendency are subordinate and subject to Plaintiff's Mortgage and UCC;" and (3) "that LOFA is barred and enjoined from foreclosing upon, levying against, or otherwise impairing Plaintiff's mortgage lien or its rights under the Mortgage."  Dkt. No. 6.

The Court finds that these two cases are related, and that it cannot make a ruling on LOFA's motion at Dkt. No. 96 in case 23-cv-4143 before the disposition of case 25-cv-6576.  The parties are therefore directed to file a joint letter by **January 12, 2025**, as to whether these two cases should be consolidated.

SO ORDERED.

DATED:    New York, New York
          December 29, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge

2