# The Esses Law Group, LLC
Attorney at Law
445 Park Avenue, 9th Fl.
New York, New York 10022

Leo L. Esses                                          phone 212.673.3160
Leo@EssesLaw.com                                      fax 212.845.9981

January 6, 2026

<u>VIA ECF</u>

Hon. Jennifer E. Willis
United States District Court
40 Foley Square
New York, NY 10007

   Re: *Loans on Fine Art LLC v. Peck et al*
     *1:23-cv-04143-JHR-JW*

     *First Avenue Funding Inc. v. Union Flatiron, LLC et al.*
     *1:25-cv-06576-JHR-JW*

Dear Magistrate Judge Willis:

  My firm represents First Avenue Funding Inc. ("First Avenue").  I respectfully write in response to the Court's December 29, 2025 Order in Case No. 23-cv-04143 (Dkt. No. 208).

  As the Court held, it cannot rule on LOFA's motion at Dkt. No. 96 in Case No. 23-cv-04143 prior to the disposition of the related action, Case No. 25-cv-06576. In light of that ruling, we respectfully understand the pending motion for a special proceeding to be moot at this time, as no further proceedings may occur until the primary action is adjudicated. We therefore seek confirmation that, consistent with the Court's Order, the motion, and our opposition, for a special proceeding is unnecessary at this stage.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

*Leo L. Esses*

Leo L. Esses

cc: All Counsel of Record (via ECF)

The Court confirms that further briefing on LOFA's motion at Dkt. No. 96 is not necessary at this stage.  The Court **DENIES** without prejudice LOFA's motion at Dkt. No. 96.  LOFA is granted leave to refile its motion pending resolution of the consolidation issue, as explained more fully in the Court's order at Dkt. No. 208.

**The Clerk of Court is respectfully requested to  close Dkt. No. 96.**

SO ORDERED.

JENNIFER E. WILLIS
United States Magistrate Judge
January 8, 2026