**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LOANS ON FINE ART, LLC,

              Petitioner/Judgment Creditor,            **ORDER**

              -against-                      **23-CV-4143 (JHR) (JW)**

IAN S. PECK, *et al.*,

              Respondents/Judgment Debtors.

-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Petitioner's letter at Dkt. No. 224 and Respondent's subsequent letter at Dkt. No. 225. The Court is disappointed in the parties' inability to comply with the Court's order requiring a joint status letter, which was issued *almost two months ago* on December 22, 2025. See Dkt. No. 205. In the future, the parties are expected to plan in advance and ensure that the joint letter is indeed drafted by both parties and filed on time.

      Here, Petitioner had an obligation to send Respondents a draft of the letter and should have sent a copy to Respondents well before the due date. Petitioner's unwillingness to send a copy of the letter is unacceptable. However, Respondents should have taken initiative to reach out to Petitioners about coordination of the letter. Finally, regardless of any untimely communication from Petitioner, Respondents had an obligation to prepare their own portion of the letter and should have filed their position by 5:00 PM today.

1

To that end, the Court declines to strike LOFA's response. However, Respondents are granted leave to file a letter, no more than three pages, by **tomorrow, February 11, 2026 at 10:30 AM**.

SO ORDERED.

DATED:     New York, New York
           February 10, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge