**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LOANS ON FINE ART, LLC,

    Petitioner/Judgment Creditor,     **ORDER**

     -against-       **23-CV-4143 (JHR) (JW)**

IAN S. PECK, *et al.*,

    Respondents/Judgment Debtors.

-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

   The parties are scheduled to appear before this Court tomorrow, February 18,

2026 at 1:30 PM.  Due to a scheduling conflict, the conference is adjourned to

**February 18, 2026 at 2:30 PM.**

   SO ORDERED.

DATED:  New York, New York
     February 17, 2026

          _____
          JENNIFER E. WILLIS
          United States Magistrate Judge

1