**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LOANS ON FINE ART, LLC,

            Petitioner/Judgment Creditor,              **ORDER**

            -against-                  **23-CV-4143 (JHR) (JW)**

IAN S. PECK, *et al.*,

            Respondents/Judgment Debtors.

------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before the Court on February 18, 2026 regarding Judgment Creditor's motion for order holding judgment debtors in contempt. For reasons more fully stated on the record, the Court orders the following:

- Judgment Creditor's request for coercive sanctions is **DENIED**.

- Judgment Creditor's request for monetary sanctions in the form of attorney's fees is **GRANTED**. Judgment Creditor is directed to file an application for attorney's fees so the Court can determine the appropriate amount to award. In its application, Judgment Creditor shall include an expanded explanation of cited letters regarding Judgment Debtor's insufficient productions. <u>See</u> Dkt. No. 211 at 22. The briefing schedule for the application seeking attorney's fees is as follows:

  - Judgment Creditor's opening brief: **March 4, 2026**

  - Judgement Debtors' response: **March 20, 2026**

1

- o   Judgment Creditor's reply: **March 27, 2026**

- In an effort to resolve present and future post-discovery disputes, the Court orders Judgment Creditor to create an enumerated list of remaining documents it is seeking from Judgment Debtors.  Judgment Creditors are directed to provide Judgment Debtors with this list by **February 25, 2026**. Judgment debtors are then to provide their responses on the status of each enumerated document by **March 18, 2026**.  In the instance Judgment Debtors have already provided a document, they are to reference the specific bates number in their response.  If Judgment Debtors find no responsive documents, they are to include what they have done to locate those documents.

- The parties are directed to order a transcript of the February 18th hearing and provide a courtesy copy to the Court.

**The Clerk of Court is respectfully requested to close Dkt. No. 200.**

SO ORDERED.

DATED:    New York, New York
February 20, 2026

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge

2