UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LOANS ON FINE ART, LLC,

          Petitioner/Judgment Creditor,         **ORDER**

      -against-          **23-CV-4143 (JHR) (JW)**

IAN S. PECK, *et al.*,

          Respondents/Judgment Debtors.
----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Judgment Creditor's letter motions to compel third-parties JP Morgan Chase Bank, N.A. (Dkt. No. 192) and Terence Doran (Dkt. No. 195) (collectively, "third parties").  All parties are ordered to appear for an in-person conference on **April 9, 2026 at 2:00 PM** to discuss these issues.  The conference will take place in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

Judgment Creditors are ordered to provide the third parties with a copy of this order and a copy of Judgment Creditor's letter motions to compel and file a proof of service by **February 25, 2026**.  The third parties are ordered to file a response to Judgment Creditor's letter motions by **April 2, 2026.**

      SO ORDERED.

DATED:    New York, New York
         February 20, 2026

                                 _____
                                 JENNIFER E. WILLIS
                               United States Magistrate Judge

1