**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PECK, *et al.*,

                                    Plaintiff,                              **ORDER**

                    -against-                              **23-CV-5717 (JHR) (JW)**

GREENBERG, *et al.*,

                                    Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

        Because the letter motions at Dkt. Nos. 84, 86, 90, 93, 97, 106, and 107 have

already been resolved in related case 23-cv-4143, the Court respectfully requests the

Clerk of Court to close those docket entries.

        SO ORDERED.

DATED:        New York, New York
              April 2, 2026

                                                    _Jennifer E. Willis_
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge