GluckBluest

Terence Doran is directed to respond with his position by **July 27, 2026**. Judgment Creditors are ordered to provide Mr. Doran with a copy of this order and file a proof of service by end of day. Mr. Doran is warned that failure to respond will result in a waiver of any legitimate objection. If the Court ultimately orders that Mr. Doran be deposed on a certain date and he does not comply, there will be consequences. SO ORDERED.

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge
July 23, 2026

**Via ECF**

July 22, 2026

Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007
WillisNYSDChambers@nysd.uscou

**Re: Non-Party Terence Doran's Non-Compliance With Subpoena for Deposition Duces Tecum- *Loans on Fine Art LLC v. Ian S. Peck et al.;* Case 1:23-cv-04143-JHR-JW (S.D.N.Y.)**

Dear Judge Willis,

This Firm represents Judgment Creditor Loans on Fine Art LLC ("LoFA"). We write because, despite the parties' May 26, 2026 stipulation requiring Terence Doran to appear for deposition within 60 days, Mr. Doran did not proceed with his duly noticed July 14 deposition, has not provided any alternative date within the stipulated period. LoFA therefore respectfully requests that the Court enter an order: (1) extending the deposition deadline; and (2) requiring Mr. Doran to appear for a remote deposition on August 27, 2026, or at a date otherwise agreed between the parties. LoFA further requests that any withdrawal by Mr. Doran's counsel not stay or otherwise delay the deposition.

By way of background, on May 27, 2026, the Court entered LoFA's and Mr. Doran's stipulation that Mr. Doran would appear for deposition within 60 days. D.E. 258. On June 5, 2026, Mr. Katz represented that he was available for deposition in July 13-14, but would "need to hear back from Mr. Doran on his availability." On June 9, 2026, after not hearing back, undersigned counsel asked for confirmation that July 14 was an acceptable date, but Mr. Katz never replied. On June 15, 2026, undersigned counsel again requested confirmation of the deposition date. No response was received. Taking Mr. Katz's extended silence as acquiescence, the undersigned's office scheduled a court reporter, and on June 30, sent Mr. Katz the calendar invitation and remote access information for the July 14 deposition. Again, Mr. Katz did not object or respond.

It was not until July 9, at 9:28 p.m., that Mr. Katz advised Mr. Doran would not be available for a deposition on July 14 because of "pre-scheduled travel to Europe." Mr. Katz stated that Mr. Doran would instead be available sometime in August, but did not provide any dates. LoFA then proposed August 26 through 28, subject to the Court extending the deposition deadline.

Mr. Katz responded that he had only limited contact with Mr. Doran, had no information concerning Mr. Doran's availability, and was himself unavailable on the proposed dates. Mr. Katz further advised that, because of "irreconcilable differences," he intended to withdraw from representing Mr. Doran.

LoFA has made repeated efforts to schedule the deposition, but Mr. Doran has neither appeared nor provided a firm alternative date. Further attempts to negotiate a date through counsel are unlikely to be productive, particularly given Mr. Katz's stated intention to withdraw. A definite deadline and procedure for selecting the deposition date are therefore necessary to prevent further delay.

Accordingly, LoFA respectfully requests that the Court order Mr. Doran to appear for a remote deposition at 10:00 am ET on August 27, 2026. LoFA also requests that Mr. Katz be directed to serve the Court's order on Mr. Doran and file proof of such, and that any application to withdraw make clear that it does not relieve Mr. Doran of his obligation to appear. LoFA reserves the right to seek its reasonable expenses and any other appropriate relief if Mr. Doran fails to comply.

Thank you for your consideration.

Sincerely,

*/s/ M. Zachary Bluestone* .
M. Zachary Bluestone
Cristina Vicens Beard
Gluck Bluestone, P.C.
52 Duane Street, 7th Floor
New York, NY 10007
Tel: 646.970.7712
zbluestone@gluckbluestone.com
cvicens@gluckbluestone.com
*Counsel for Judgment Creditor*
*Loans on Fine Art LLC*