**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

LOANS ON FINE ART, LLC,

Petitioner/Judgment Creditor,

-against-

IAN S. PECK, *et al.*,

Respondents/Judgment Debtors.

---------------------------------------------------------------X

**ORDER**

**23-CV-4143 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the parties' briefing regarding LOFA's motion for preliminary injunction at Dkt. No. 220 and LOFA's motion for attorney's fees at Dkt. No. 244. The parties are to appear for oral argument on **October 28, 2026 at 2:00 PM**. The hearing will be in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

The parties are to provide courtesy copies of both sets of briefing by **September 9, 2026**. The parties should provide a binder index. Each set of briefings shall be in a separate tabbed binder and double sided.

SO ORDERED.

DATED: New York, New York
September 2, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge