**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

LOANS ON FINE ART, LLC,

Petitioner/Judgment Creditor,

-against-

IAN S. PECK, *et al.*,

Respondents/Judgment Debtors.

---------------------------------------------------------------X

**ORDER**

**23-CV-4143 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Judgment Debtor's letter regarding the Terence Doran subpoena at Dkt. No. 269 and Judgment Creditor LOFA's response at Dkt. No. 271.

Judgment Debtors contend that LOFA's service via mail and email of the July 29 order onto Mr. Doran did not constitute proper service. However, Judgment Debtors do not represent third party Terence Doran in this matter. As such, the Court will not consider Judgment Debtors' objections.

Even if the Court did consider such objections, they are meritless. As LOFA points out, courts in this District have long recognized that "[t]here is no Second Circuit case law interpreting the Rule 45 requirement of 'deliver[y]' as requiring personal service." <u>JPMorgan Chase Bank, N.A. v. IDW Grp., LLC</u>, No. 08 Civ. 9116 (PGG), 2009 WL 1313259, at *2 (S.D.N.Y. May 11, 2009). Alternative means of service is appropriate where it is "reasonably calculated under the circumstances to

provide [Doran] with notice of and an opportunity to object to the subpoenas." Keep on Kicking Music, Inc. v. Umg Recordings, Inc., No. 23 Civ. 4400 (JPO) (BM), 2025 WL 1905090, at *2 (S.D.N.Y July 10, 2025).

Here, Mr. Doran has had ample notice of LOFA's subpoena *for months*. Indeed, there have been various filings and orders regarding Mr. Doran's deposition since December 2025. See Dkt. No. 194. As such, the Court finds that service via email and mail of the July 26, 2026 order was sufficient. Any further attempts to evade a deposition will not be tolerated. The Court therefore ORDERS that Mr. Doran appear for a remote deposition by **September 15, 2026**. If Mr. Doran does not comply, LOFA has leave to move for monetary sanctions against Mr. Doran.

SO ORDERED.

DATED: New York, New York
September 3, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge